UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 10 P 3: 25
U.S. DISTRICT COURT
HARTFORD, CT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CASE NO. 3:03CR229 (RNC) |
| CARMEN TORRES | : | |

CONSENT FORM

The defendant, Carmen Torres, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _____  11-10-04
                                    Date

ATTORNEY FOR DEFENDANT: _____  11-10-04
                                        Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  11/10/04
                                      Date