UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
FILED
2004 NOV 10  P 3: 24
U.S. DISTRICT COURT
HARTFORD, CT.
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | : CRIMINAL NO. 3:04CR229(RNC) |
| SAHAR FATTAH KLOUB,<br>also known as "Carmen Torres" | : |

### WAIVER OF INDICTMENT

I, **SAHAR FATTAH KLOUB,** the above named defendant, who is accused of failing to depart and present for removal in violation of 8 U.S.C. § 1253, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on November 10, 2004 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
**Sahar Fattah Kloub, Defendant**

_____
***Robert G. Golger, Esq.***
***Counsel for Defendant***

Before _____
Honorable Donna F. Martinez
United States Magistrate Judge