```
                                              FILED

        UNITED STATES DISTRICT COURT       2004 NOV 10  P 3: 24
           DISTRICT OF CONNECTICUT
                                            U.S. DISTRICT COURT
                                               HARTFORD, CT.
```

UNITED STATES OF AMERICA       :
                               :   DOCKET NO. 3:03CR229 (RNC)
           v.                  :
                               :   **VIOLATION:**
                               :   8 U.S.C. § 1253 [Failure to
                               :   Depart and Present for
                               :   Deportation]
SAHAR FATTAH KLOUB,            :
also known as "Carmen Torres"  :

### SUBSTITUTE INFORMATION

The United States Attorney, by and through the undersigned Assistant United States Attorney, charges:

### COUNT ONE

On or about May 7, 2001 and continuing to the present, in the District of Connecticut and elsewhere, **SAHAR FATTAH KLOUB**, also known as "Carmen Torres," the defendant herein, being an alien who had been ordered deported to Jordan, did willfully fail to depart from the United States within a period of 90 days from the date of the final order of removal, said final order having entered on April 6, 2001, and no appeal therefrom having been taken by the defendant.

In violation of Title 8, United States Code, Section 1253(a)(1)(A).

## COUNT TWO

On or about May 7, 2001 and continuing to the present, in the District of Connecticut and elsewhere, **SAHAR FATTAH KLOUB**, also known as "Carmen Torres," the defendant herein, being an alien who had been ordered deported to Jordan, did willfully fail to present herself for removal at the time and place required by the Attorney General of the United States or his designee pursuant to the final order of removal, said final order having entered on April 6, 2001, and no appeal therefrom having been taken by the defendant.

In violation of Title 8, United States Code, Section 1253 (a)(1)(D).

## SPECIFIC OFFENSE CHARACTERISTICS

1. **SAHAR FATTAH KLOUB**, the defendant herein, is a citizen and national of Jordan, and was admitted to the United States as a lawful permanent resident in 1992.

2. Subsequent to her admission to the United States and while she was present in the United States, the defendant was convicted of a crime of violence, as defined in Title 8, United States Code, Section 1101(a)(43)(F), to wit: on or about June 26, 1996, the defendant was convicted in criminal court in Puerto Rico of Aggravated Arson in violation of Article 196 of the Puerto Rican Penal Code, for which the defendant was sentenced to a term of 15 years imprisonment, execution suspended, and

accordingly is a member of the class of aliens described in Title 8, United States Code, Section 1227(a)(2)(A)(iii).

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY
CHIEF, DRUG TASK FORCE

H. GORDON HALL
ASSISTANT U.S. ATTORNEY