(REF.3, Rev. 11/92)

**FILED**

2004 NOV 10 P 3: 24

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :
                               :
        v.                     :       CASE NO. 3:03CR229(RNC)
                               :
CARMEN TORRES                  :

## PETITION TO ENTER PLEA OF GUILTY
## PURSUANT TO RULES 10 AND 11 OF
## THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit him/her to withdraw his/her previously entered plea of "Not Guilty" to Count(s) _TWO_ of the Indictment/Information in Criminal No. _3:03CR229_ (RNC), and to plead "GUILTY" at this time to Count(s) _one + two_.

In support of this petition, petitioner represents to the Court as follows:

(1)  My full and legal name is: _Sahar Fattah Kloub_
_____.

I request that all proceedings against me be had in this name.

(2)  I am _33_ years of age.  I was born on _4-19-71_.

(3)  I was born in (City, State, etc.) _Managua, Nicaragua_

(4)  [Place check in appropriate places.]

(a)  I am able to read ____ and write ____ in the English language.

(b)  I am not able to read and write English, and I have had the benefit of the interpretation and translation services of _Victor M. Sterling_

(name of interpreter), who is fluent in

_Spanish_____ (name of language).  I

continue to require such an interpreter.

(5)    (a)    I have received the following education in the

United States (check the highest level

completed):

Grade School    1___2___3___4___5___6___7___8___

High School    _____(Years)

College    _____(Years)

Graduate School _____(Years)

(b)    If education received in foreign country, give

details  _I completed the 5th grade_

_____ in Nicaragua_____.

(6)    I am represented by counsel and the name of my

attorney is _____Robert Golger_____.

(7)    (a)    I have received a copy of the

Indictment/Information, I have read and

discussed it with my attorney, and I understand

every accusation made against me in this case.

(b)    As stated below in my own words, I understand

that in the counts of the Indictment/Information

to which I am now offering to plead guilty, I am

charged with the following crime(s):

_____Failing to depart the U.S._

_____after an order of deportation_

_____

- 2 -

[Identify each count and the nature of the crime charged therein.]

(8)  (a)  I have given my attorney a full statement of all the facts and surrounding circumstances as known to me concerning the matters mentioned in the Indictment/Information, and I believe that my attorney is fully informed as to all such matters.

(b)  After I gave my attorney the statement just mentioned in 8(a), my attorney informed, counseled, and advised me as to the nature of every accusation against me, and as to any possible defense I might have with respect to these accusations.

(9)  My attorney has advised me that, with respect to the Count(s) to which I intend to plead "GUILTY," the punishment which the law provides is as follows:

[Add up the punishments on each count. For example, if a defendant is pleading guilty to counts one and two, and there is a two-year maximum sentence on count one, and a five-year maximum sentence on count two, write in seven years as the maximum amount of imprisonment, and $100 as the mandatory special assessment. <u>Fill in only those blanks that are applicable</u>.]

(a)  A maximum of ____20____ imprisonment.

(b)  A mandatory minimum of ____0____ imprisonment.

- 3 -

(c)  A maximum fine of $_____500,000_____.

(d)  A minimum fine of $_____0_____.

(e)  A maximum term of supervised release of __3__ years following imprisonment for the offense(s) charged in Count(s) __1 & 2_____ of the Indictment/Information.

(f)  A minimum term of supervised release of at least _____0_____ years following imprisonment for the offense(s) charged in Count(s)_____ of the Indictment/Information.

<u>I understand that if I violate any condition of the supervised release before the term expires, I may be required to serve a further term of imprisonment equal to the entire term of supervised release, without any credit for the time already spent on supervised release</u>.

(g)  A maximum order of restitution equal to the amount of loss resulting to any victims of the offense(s) charged in the Indictment/ Information to which I am offering to plead guilty.

(h)  I understand that I must also pay a mandatory special assessment of $_____100_____.

(10) My attorney has also advised me that:

[Check applicable line.]

__✓__ (a) Because the offense to which I am offering to plead "GUILTY" is a Class A/B felony, the Court is        not authorized to sentence me to probation.

_____(b)  Probation is a possible sentence, but that it may or may not be granted.

(11) My attorney has also advised me that because the

- 4 -

offense(s) to which I am now offering to plead guilty occurred
on or after November 1, 1987, I will be sentenced pursuant to
the Guidelines promulgated by the United States Sentencing
Commission.

My attorney has counseled me with his/her opinion on what
my sentencing range might be.  I fully understand that my
attorney's opinion (or my own) may be incorrect and that the
Guidelines calculation will be performed on the basis of facts
set forth in a Presentence Report which will be prepared for
the Court before sentencing.  I understand that my attorney's
opinion or prediction concerning the Guidelines is not binding
on the Court; that it is the Court which will actually
determine the sentence to be imposed; and that I have no right
to withdraw my plea on the ground that my attorney's opinion or
prediction (or my own) concerning the Guidelines proved to be
incorrect.  I fully understand that the sentence could be up to
the maximum provided by the statute.

My attorney has advised me that in certain instances under
the Guidelines, conduct which is found or stipulated to have
occurred will be taken into consideration in computing the
Guidelines, even though that conduct does not form the basis of
the specific count(s) to which I am pleading guilty.

My attorney has advised me, and I fully understand, that
parole has been abolished for offenses committed on or after
November 1, 1987, and that if I am sentenced to prison, I will
not be released on parole.

_____ (12) Consequences for parole and probation. [Check if defendant is on probation or parole in this or any other court.]

I understand that by pleading GUILTY here, my probation/parole may be revoked and I may be required to serve time in prison in the case in which I am on probation/parole, in addition to any sentence imposed upon me in this case. Moreover, my attorney has advised me that my status on probation/parole at the time of the offense charged in this case may result in an increase in the Guideline range or in the sentence imposed.

(13) My attorney has advised me that if I plead "GUILTY" to more than one offense, the Court may order the sentence to be served consecutively -- that is, one after another.

(14) I understand that I may, if I so choose, plead "NOT GUILTY" to any offense charged against me, and that I may continue to plead "NOT GUILTY," if I have already so pleaded.

(15) I understand that if I choose to plead "NOT GUILTY," I may proceed to trial at the time set by the Court. I further understand that the United States Constitution guarantees me:

       (a)   the right to a speedy and public trial by jury;

       (b)   the right to see, hear, and question all witnesses called by the government against me;

       (c)   the right to use the power and process of the Court to compel the production of any evidence,

including the attendance of any
witnesses, in my favor;

(d)   the right to have the assistance
of counsel in my defense at all
stages of these proceedings, as
well as upon the trial; and

(e)   the right not to be compelled to
incriminate myself; that is, I
understand that if I go to trial,
I may remain silent and I cannot
be compelled to take the witness
stand.

(f)   the right to be found "not guilty" on any
charge for which the evidence lawfully admitted
at trial does not sustain a finding of guilt
beyond a reasonable doubt.

(16) I understand that, by pleading "GUILTY," I waive
(that is, I give up) my right to a trial, and that there will
be no further trial of any kind.

(17) I understand that, if I plead "GUILTY," the Court may
ask me questions about the offense to which I am pleading
"GUILTY."  I also understand that if I answer these questions
under oath, on the record, and in the presence of counsel, my
answers, if false, may later be used against me in a
prosecution for perjury or false statement.  I understand also
that, by pleading "GUILTY," I waive any right against
self-incrimination concerning the facts constituting the
offense to which I am pleading "GUILTY."

(18) I understand that, if I plead "GUILTY," the Court may
impose the same punishment as if I had pleaded "NOT GUILTY,"
stood trial, and had been convicted by a jury.

(19) I further understand that if I plead "GUILTY," I
waive (that is, I give up) any defenses I may have had and, in
particular, that I waive any claims which I may have had based
upon any previous violations of my statutory or constitutional
rights.  I understand that if I were to continue to plead "NOT
GUILTY," I would be entitled to have my attorney make
appropriate application to the Court based upon any such
violations -- for example, a motion to suppress evidence.

(20) I declare that no officer or agent of any branch of
government (federal, state or local), nor any other person, has
made any promise or suggestion of any kind to me, or within my
knowledge to anyone else, that I would receive a lighter
sentence, or probation, or any other form of leniency, if I
would plead "GUILTY," except to the extent that my plea of
"GUILTY" may be a factor considered by the Court in determining
whether I have accepted responsibility for my criminal conduct
within the meaning of the Guidelines or to the extent indicated
in my written plea agreement with the Government.

(21) I declare that I have not been <u>threatened</u> or <u>forced</u>
in any way to plead guilty at this time or any other times.

(22) My decision to plead "GUILTY" arises out of
discussions between me and my attorney, who advised me that if
I plead "GUILTY" to Count(s) ___ one + two ___
the government has agreed to the following: [Staple here a copy
of any written agreement between the government and the
defendant. If there is no written agreement, state the nature

- 8 -

of the agreement in the space below.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(23) I understand that the Court may accept or reject the terms of this agreement, or may defer its decision to accept or reject the agreement until it has had an opportunity to consider a presentence report prepared by the United States Probation Office.

(24) (a)   I have made this decision to plead "GUILTY" freely and voluntarily and as a result of my own reasoning processes.

(b)   I know that the Court will not accept a plea of "GUILTY" from any one who claims to be innocent and I am not pleading "GUILTY" for any reason other than that I am indeed guilty.

(25) [Place check mark in appropriate place:]

I have_____/have not __✓__ made any statement to any law enforcement officer or anyone else in which I admitted the crime or any part of the crime to which I now want to plead guilty.

[Check if defendant has made such a statement:]

_____ I would choose to plead "GUILTY" even if I knew that the statement could not be used against me.

(26) I understand that, in cases prior to November 1, 1987, a federal judge has no authority to order a federal sentence of imprisonment to run at the same time as a state sentence of imprisonment. However, for an offense committed after November 1, 1987, I understand that under 18 U.S.C. § 3584(a), a federal judge may impose terms of imprisonment that run concurrently.

(27) I believe and understand that my attorney has done all that an attorney should have done to counsel and assist me with respect to this case.

(28) I am not now under the influence of any drugs or alcohol.

(29) Within the last seven (7) days, I have taken the following drugs, medicines, pills or alcoholic beverages:

_____NO_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(30) The following is my own statement as to what occurred, which shows that I am, in fact, guilty of each charge to which I am now offering to plead "Guilty." [Defendant must set forth, in his/her own handwriting, or through an interpreter, his/her own statement as to each count with which he/she is charged. Use additional sheets if necessary and attach to this petition.]

I was Convicted in State Court of Committing arsom I was ordered to leave the

Country. I failed to report for deportation despite the fact that there was an order for deportation

(31) I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord. I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/Information and in this petition and in the "Certificate of Counsel" attached to this petition.

(32) I have read and discussed with my attorney the Indictment/Information, and I further state that I wish the Court to omit and consider as waived (that is, to consider as given up) by me all reading of the Indictment/Information in open court, and all further proceedings upon my arraignment, and to consider any undecided motions previously made by me as withdrawn.

(33) I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this _10_ day of _Nov_____, 20_04_.

x _Jahar _____
Defendant

- 13 -

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the

defendant, ___Sahar Fattah Klub___, hereby certifies as

follows:

(1)  I have read and fully explained to the defendant all
the accusations against the defendant which are set forth in
the Indictment/Information in this case;

(2)  To the best of my knowledge and belief each statement
set forth in the foregoing petition is in all respects accurate
and true;

(3)  The plea of "GUILTY," as offered by the defendant in
the foregoing petition, accords with my understanding of the
facts as related to me by the defendant, and is consistent with
my advice to the defendant;

(4)  In my opinion, the defendant's waiver of the reading
of the Indictment/Information in open court, and of all further
proceedings upon arraignment as provided in the Federal Rules
of Criminal Procedure, is voluntarily made; the defendant
understood what he/she was doing when he/she waived the
reading; and I recommend to the Court that the waiver be
accepted by the Court;

(5)  In my opinion the plea of "GUILTY," as offered by the
defendant in the foregoing petition, is voluntarily and
understandingly made, and I recommend to the Court that the
plea of "GUILTY" be now accepted and entered on behalf of the

- 14 -

defendant as requested in the defendant's petition;

(6)  I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7)  I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at Hartford, Connecticut, this __10__ day of _____Nov_____, 20_04_ .

_____
Attorney for the Defendant

O R D E R

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby RECOMMENDED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

It is so ordered.

Entered at Hartford, Connecticut, this 10th day of November 2004.

Donna F. Martinez
United States Magistrate Judge

- 16 -